Nov. Term,
1839.
           Hoover and Another *v.* Davenport.—In error.

The State
v.
Maxwell.
      IF a *scire facias* to have execution against real estate on

*Wednesday,*
*November 27.*
the transcript of a judgment of a justice of the peace, &c., appear on its face to be valid, a motion to quash it should be overruled.